August 30, 2016.



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE ISSUANCE OF SUBPOENAS FOR THE
DEPOSITIONS OF DARRELL D. BENNETT, CODY CLARK, CHRISTOPHER
LOWE, AND JOEY HOLLOWAY

NO. 14-16-00004-CV

_____

      This cause, an appeal from the judgment signed, December 4, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We further order that all costs incurred by reason of this appeal be paid, jointly and severally, by appellees Darrell D. Bennett, Cody Clark, Christopher Lowe, and Joey Holloway. We further order this decision certified below for observance.